UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-cv-62700-DIMITROULEAS

HOWARD COHAN,

    Plaintiff,

vs.

YAMU JAPANESE RESTAURANT, INC.,
d/b/a HEART ROCK SUSHI,

    Defendant.
_____/

## **JOINT NOTICE OF SETTLEMENT**

    Plaintiff, HOWARD COHAN, and Defendant, YAMU JAPANESE RESTAURANT, INC. d/b/a HEART ROCK SUSHI, by and through their undersigned counsel, have agreed to a settlement of all issues, including fee and costs, in this matter, subject only to the drafting of specific documents to memorialize the agreement. Each Party to bear its own fees and costs, except as otherwise specified in the settlement documents.

    The Parties request this Honorable Court allow for an additional thirty (30) days to finalize a settlement agreement and submit final proposed Order of Dismissal.

Jointly submitted on this 7th day of February, 2017

| | |
|---|---|
| FEINSTEIN & SOROTA, P.A.<br>*Attorneys for Plaintiff*<br>7901 S.W. 6 Court<br>Suite 305<br>Plantation, FL 33324<br>Tel: (954) 617-1500<br>Fax: (954) 617-4100<br><br>By: /s/ Mark D. Feinstein<br>    MARK D. FEINSTEIN, ESQ.<br>    Florida Bar No. 444170<br>E-mail: fspa@fspalaw.com | LAW OFFICES OF NEIL S. ODESSKY, P.A.<br>*Attorneys for Plaintiff*<br>7901 S.W. 6 Court<br>Suite 305<br>Plantation, FL 33324<br>Tel: (954) 617-1100<br>Fax: (954) 617-1300<br><br>By: /s/ Neil S. Odessky<br>    NEIL S. ODESSKY, ESQ.<br>    Florida Bar No. 354661<br>E-mail: pleadings@nsolaw.com |
| William G. Salim, Jr., Esq.<br>Moskowitz, Mandell, Salim & Simowitz, P.A.<br>800 Corporate Drive<br>Suite 500<br>Fort Lauderdale, FL 33334<br>Tel: (954) 491-2000<br>Fax: (954) 491-2051<br><br>By: /s/ William G. Salim, Jr.<br>    WILLIAM G. SALIM, JR., ESQ.<br>    Florida Bar No. 750379<br>E-mail: wsalim@mmsslaw.com | |