UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-cv-62700-DIMITROULEAS

HOWARD COHAN,

    Plaintiff,

vs.

YAMU JAPANESE RESTAURANT, INC.,
d/b/a HEART ROCK SUSHI,

    Defendant.
_____/

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Howard Cohan ("Plaintiff") and Defendant, Yamu Japanese Restaurant, Inc. d/b/a Heart Rock Sushi ("Defendant") ("Plaintiff and Defendant are collectively referred to as the Parties"), having entered into a Confidential Settlement Agreement and Release ("Agreement") that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice. Attorney's fees and other recoverable costs and expenses, if any, shall be disbursed as specified by the Parties in their Agreement.

Jointly submitted this 8th day of February, 2017.

| | |
|---|---|
| FEINSTEIN & SOROTA, P.A.<br>7901 S.W. 6 Court<br>Suite 305<br>Plantation, FL 33324<br>Tel: (954) 617-1500<br>Fax: (954) 617-4100<br><br>By: /s/ Mark D. Feinstein<br>     MARK D. FEINSTEIN, ESQ.<br>     Florida Bar No. 444170<br>E-mail: fspa@fspalaw.com | LAW OFFICES OF NEIL S. ODESSKY, P.A.<br>7901 S.W. 6 Court<br>Suite 305<br>Plantation, FL 33324<br>Tel: (954) 617-1100<br>Fax: (954) 617-1300<br><br>By: /s/ Mark D. Feinstein<br>     NEIL S. ODESSKY, ESQ.<br>     Florida Bar No. 354661<br>E-mail: pleadings@nsolaw.com |
| William G. Salim, Jr., Esq.<br>Moskowitz, Mandell, Salim & Simowitz, P.A.<br>800 Corporate Drive<br>Suite 500<br>Fort Lauderdale, FL 33334<br>Tel: (954) 491-2000<br>Fax: (954) 491-2051<br><br>By: /s/ William G. Salim, Jr.<br>     WILLIAM G. SALIM, JR., ESQ.<br>     Florida Bar No. 750379<br>E-mail: wsalim@mmsslaw.com | |