UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62700-CIV-DIMITROULEAS

HOWARD COHAN,

    Plaintiff,

vs.

YAMU JAPANESE RESTAURANT, INC.,
d/b/a HEART ROCK SUSHI,

    Defendant.
_____/

### ORDER APPROVING JOINT STIPULATION OF DISMISSAL

THIS CAUSE, having come before the Court upon the Joint Stipulation of Dismissal With Prejudice ("Stipulation") [DE 20], filed by Plaintiff, Howard Cohan ("Plaintiff") and Defendant, Yamu Japanese Restaurant, Inc. d/b/a Heart Rock Sushi ("Defendant"), and the Court having reviewed the Stipulation, being advised of the Parties' agreement to the entry of this Order, and otherwise being duly advised in the premises, hereby

**ORDERS AND ADJUDGES**:

1. The Stipulation [DE 20] is **APPROVED**;

2. This action is **DISMISSED WITH PREJUDICE**; and

3. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Broward County, Florida this 9th day of February, 2017.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record